**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREGORY GORHAM,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendant.

Case No.: 1:26-cv-04140

Judge Matthew F. Kennelly

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, GREGORY GORHAM ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail with the relevant documents attached and a link to said website to an e-mail address for each Defendant.

3. I hereby certify that on May 1, 2026, I sent an e-mail containing a copy of the Complaint, Summons, ECF Hearing Notice [15], and Corrected Order for Leave to Conduct Expedited Discovery and Service of Process by E-mail and/or Electronic Publication to the e-mail address associated with the account at the Walmart Inc. ("Walmart") marketplace, as identified and provided for Defendant by third parties.

4. I hereby certify that on or before May 1, 2026, I electronically published the Complaint, Summons, ECF Hearing Notice [15], and Corrected Order for Leave to Conduct Expedited Discovery and Service of Process by E-mail and/or Electronic Publication on a website.

5. I hereby certify that on May 1, 2026, I sent an e-mail containing a copy of the Complaint, Summons, ECF Hearing Notice [15], and Corrected Order for Leave to Conduct Expedited Discovery and Service of Process by E-mail and/or Electronic Publication to the e-mail address associated with the account at the Walmart marketplace, as identified and provided by third parties for Defendant that includes a link to said website. These email accounts were provided to the marketplace so that the marketplace may communicate with Defendant regarding issues related to the purchase, transfer, and maintenance of the various accounts.

6. Attached hereto as **Exhibit 1** is a true and correct copy of the emails that Plaintiff sent to the email addresses provided for Defendant by third parties that includes a link to said website.

7. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*