Exhibit 1

Outlook

**Case 1:26-cv-04140 Gregory Gorham v. The Partnerships and Unincorporated Associations Identified on Schedule A**

**From** Attorney <attorney@vogtip.com>

**Date** Fri 5/1/2026 1:18 PM

**Bcc** zhihuishangmao123@163.com <zhihuishangmao123@163.com>; Keith Vogt <keith@vogtip.com>; SOPHIE JIANG <yanling@jiangip.com>; ybu@jiangip.com <ybu@jiangip.com>; Adam Grodman <agrodman@jiangip.com>; Cameron McIntyre <cmcintyre@jiangip.com>; Monica Martin <mmartin@jiangip.com>; Christopher Romero <cromero@jiangip.com>; Patty Bazianos <bazianos.patricia@gmail.com>; kurbiola@jiangip.com <kurbiola@jiangip.com>; skhatri@jiangip.com <skhatri@jiangip.com>

4 attachments (4 MB)

1 Complaint.pdf; 15 ECF Hearing Notice.pdf; 16 CORRECTED ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND,OR ELECTRONIC PUBLICATION.pdf; 18 SUMMONS Issued.pdf;

Dear Sirs:

The Defendants operating the Defendant Internet Stores listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendant(s) with violations of United States federal and state laws prohibiting trademark/copyright infringement and counterfeiting. A copy of the Complaint; ECF Hearing Notice; Order for leave to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication; and Summons, is attached.

These and other legal documents may be obtained from Plaintiff's counsel at the following email address: attorney@vogtip.com and at the following website:
http://vogtinternetenforcement.website/?case=26-04140

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days after service of this summons upon you. If no appearance or pleading is filed, the Court may render a judgment against the Defendants.

If you do not wish to litigate this matter in court, we can still offer you a settlement for you to get your account back and the case dismissed against you.

Sincerely,
Attorneys for Plaintiff